| | |
|---|---|
| 1 | Naoki S. Kaneko (SBN 252285) |
| 2 | nkaneko@shb.com |
|   | Kristine Avena (SBN 328593) |
| 3 | kavena@shb.com |
|   | SHOOK, HARDY AND BACON LLP |
| 4 | 5 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614 |
| 5 | Tel: 949.475.1500 | Fax: 949.475.0016 |

Naoki S. Kaneko (SBN 252285)
nkaneko@shb.com
Kristine Avena (SBN 328593)
kavena@shb.com
SHOOK, HARDY AND BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949.475.1500 | Fax: 949.475.0016

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
M. Kevin Underhill (SBN 208211)
kunderhill@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendants
The Hershey Company,
The Hershey Salty Snack Sales Company,
and SkinnyPop Popcorn, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADE BOGREN, MICHELLE BOGREN, and JEREMIAH TILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY SALTY SNACK SALES COMPANY; THE HERSHEY COMPANY; and SKINNYPOP POPCORN, LLC,<br><br>Defendants. | Case No. 3:24-cv-01635-BJC-JLB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Benjamin J. Cheeks<br>Hearing Date: December 9, 2025<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE** that on December 9, 2025, or as soon thereafter as may be heard, in the the above-referenced Court, located at 221 West Broadway, San Diego, CA 92101, Courtroom 3A, before the Honorable Benjamin J. Cheeks of the U.S. District Court for the Southern District of California, Defendants The Hershey Salty Snack Sales Company, The Hershey Company and SkinnyPop Popcorn, LLC ("Hershey") will and here by does move this Court for an order dismissing Plaintiffs Cade Bogren, Michelle Bogren and Jeremiah Tills ("Plaintiffs") First Amended Complaint (ECF No. 14). This motion is filed pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and is based on the following grounds:

(1) Plaintiffs fail to comply with Rule 8's plausibility requirement.

(2) Plaintiffs' fraud-based claims are not pleaded with particularity.

(3) Plaintiffs' express-warranty claim fails because Plaintiffs have not adequately pleaded a warranty promise or pre-suit notice of the claim.

(4) Plaintffs' implied-warranty claim fails because Plaintiffs lack privity and do not allege the product was unfit for human consumption.

(5) Plaintiffs' claims for equitable relief fail because Plaintiffs have not alleged facts showing they lack an adequate legal remedy.

Dated: November 4, 2025

Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: */s/ Naoki S. Kaneko*
     Naoki S. Kaneko

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 4, 2025, I caused a true and correct copy of the foregoing Notice of Motion and Motion to Dismiss to be filed electronically.  Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system.  The Parties may access this filing through the Court's system.

                                          /s/ Naoki S. Kaneko
                                          Naoki S. Kaneko